

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20264-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ROBERT PETER SAUVE,**

    Defendant.
_____/

## ORDER

It appearing to the Court that the above-named Defendant is a fugitive from justice, it is therefore

**ORDERED AND ADJUDGED** that the Clerk of Court shall remove this Defendant from the Court's Pending Case List and shall place this Defendant on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _11_ day of June, 2004.

                                                        _____
                                                        CECILIA M. ALTONAGA
                                                        UNITED STATES DISTRICT JUDGE

cc:    Assistant United States Attorney